IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG - 7 2015

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

GAVIN YEPA

    Defendant.

No.   CR 12-163 MCA

## VERDICT

**WE, THE JURY**, find the defendant, **GAVIN YEPA**, _____Guilty_____
                                                                        (not guilty or guilty)

of first degree felony murder as charged in the Indictment.


DATED this __7TH__ day of August, 2015.


                                                          _____
                                                          FOREPERSON