## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
### SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 12-163MCA | | USA vs.: YEPA | |
| Date: 3/30/16 | | Name of Deft: GAVIN YEPA | |

Before the Honorable **Chief Judge M. CHRISTINA ARMIJO**

| | | | |
|---|---|---|---|
| Time In/Out: | 11:00am-11:34am | Total Time in Court (for JS10): | 34 minutes |
| Clerk: | C. Walker | Court Reporter: | J. Goehl |
| AUSA: | Niki Tapia-Brito | Defendant's Counsel: | Brian Pori/Devon Fooks |
| Sentencing in: | Albuquerque | Interpreter: | N/A |
| Probation Officer: | Carmen Chavez | Interpreter Sworn? Yes / No | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | Plea | | **X** Verdict | As to: | Information | **X** Indictment |
| If Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | Accepted | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: 8/7/15 | PSR: | Not Disputed **X** | Disputed **X** | Courts adopts PSR Findings | | |
| Evidentiary Hrg: **X** Not Needed | Needed | Exceptions to PSR: | Court indicates enhancement properly applied in paragraph 6 of PSR | | | |

### SENTENCE IMPOSED     Imprisonment (BOP): Life

Supervised Release:                                      Probation:

| | |
|---|---|
| REC   500-Hour Drug Program     BOP Sex Offender Program     Other: | |
| ICE   Court recommends ICE begin removal proceedings immediately or during of service of sentence     ICE not applicable | |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for       months       days |
| Comply with ICE laws and regulation | Community service for       months       days |
| Participate in/successfully complete subst abuse program/testing | Reside halfway house       months       days |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-defendant(s) | No computer with access to online services |
| No entering or loitering near victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Grant limited waiver of confidentiality | Restricted from occupation with access to children |
| Refrain from use and possession of synthetic cannabinoids, etc. | No loitering within 100 feet of school yards |
| No possession of a firearm, ammunition, destructive device or any other dangerous weapon | Participate in an educational or vocational program approved by the Probation Officer |
| OTHER: | |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ None ordered at this time | |
| SPA: $ 100.00 | | Payment Schedule: **X** Due Immediately | Waived |

OTHER:

| | | |
|---|---|---|
| **X** | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | FCI Tucson Arizona |
| | Dismissed Counts: | |

OTHER COMMENTS:  Court addresses counsel regarding disparate treatment.
Wilda Toledo, victim's mother addresses Court.
Dawna Dine Harvey, victim's sister addresses Court.
Mr. Pori addresses Court; defendant addresses Court.